# EXHIBIT A

3446351.1

Person Filing: Curtis "Wayne" Pritchett
Mailing Address (if not protected): 8641 S Avenue D
City, State, Zip Code: Yuma, AZ 85364
Telephone: 928-817-7943
Email Address: curt.prit@gmail.com
ATLAS Number:
Lawyer's Bar Number:

Representing ☒ Self, without a Lawyer   or  ☐ Attorney for  ☐ Petitioner  OR  ☐ Respondent

## SUPERIOR COURT OF ARIZONA
## IN YUMA COUNTY

Curtis "Wayne" Pritchett
Name of Petitioner

Case No.: S1400CV201700822

And

S3/Global Logistics Support SV
Name of Respondent

**SUMMONS**

> **WARNING:** This is an official document from the court that affects your rights. Read this carefully. If you do not understand it, contact a lawyer for help.

FROM THE STATE OF ARIZONA TO: S3/Global Logistics Support SV
Name of Respondent

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers are served on you with this *"Summons"*.

2. If you do not want a judgment or order taken against you without your input, you must file an *"Answer"* or a *"Response"* in writing with the court, and pay the filing fee. If you do not file an *"Answer"* or *"Response"* the other party may be given the relief requested in his/her Petition or Complaint. To file your *"Answer"* or *"Response"* take, or send, the *"Answer"* or *"Response"* to the:

   Yuma County Justice Center
   Clerk of the Superior Court
   250 West 2nd Street, Suite B
   Yuma, Arizona 85364

Mail a copy of your *"Response"* or *"Answer"* to the other party at the address listed on the top of this Summons.

©Superior Court of Arizona in Yuma County
ALL RIGHTS RESERVED

Page 1 of 2

DR11f_090413

3. If this "Summons" and the other court papers were served on you by a registered process server or the Sheriff, within the State of Arizona, your "Response" or "Answer" must be filed within TWENTY (20) CALENDAR DAYS from the date you were served, not counting the day you were served. If this "Summons" and the other papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response must be filed within THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day you were served. Service by a registered process server or the Sheriff is complete when made. Service by Publication is complete thirty (30) days after the date of the first publication.

4. You can get a copy of the court papers filed in this case from the Petitioner at the address listed at the top of the preceding page, from the Clerk of the Superior Court's Customer Service Center at:

   Yuma County Justice Center
   Clerk of the Superior Court
   250 West 2nd Street, Suite B
   Yuma, Arizona 85364

5. If this is an action for dissolution (divorce), legal separation or annulment, either or both spouses may file a *Petition for Conciliation* for the purpose of determining whether there is any mutual interest in preserving the marriage or for Mediation to attempt to settle disputes concerning legal decision-making (custody) and parenting time issues regarding minor children.

6. Requests for reasonable accommodation for persons with disabilities must be made to the office of the judge or commissioner assigned to the case, at least ten (10) judicial days before your scheduled court date.

7. Requests for an interpreter for persons with limited English proficiency must be made to the office of the judge or commissioner assigned to the case at least ten (10) judicial days in advance of your scheduled court date.

SIGNED AND SEALED this date

NOV 0 1 2017

LYNN FAZZ, CLERK OF COURT

By _____
Deputy Clerk

©Superior Court of Arizona in Yuma County
ALL RIGHTS RESERVED
Page 2 of 2
DR11f_090413

In the Superior Court of the State of Arizona
In and For the County of _Yuma_

Case Number __S1400CV201700822__

CIVIL COVER SHEET- NEW FILING ONLY
(Please Type or Print)

Is Interpreter Needed? ☐ Yes ☐ No
If yes, what language: _____

Plaintiff's Attorney _____

Attorney Bar Number _____

Plaintiff's Name(s): (List all)  _Curtis "Wayne" Pritchett_
Plaintiff's Address: _8641 S Avenue D_
Phone #: _928-817-7943_
Email Address: _curtoprit@gmail.com_

(List additional plaintiffs on page two and/or attach a separate sheet).

Defendant's Name(s): (List All) _SI Global Logistics Support Svc_
_615 Discovery Dr Huntsville, AL 35806_

(List additional defendants on page two and/or attach a separate sheet).

EMERGENCY ORDER SOUGHT:  ☐ Temporary Restraining Order   ☐ Provisional Remedy   ☐ OSC
☐ Election Challenge   ☐ Employer Sanction   ☐ Other _____ (Specify)

☐ RULE 8(h) COMPLEX LITIGATION APPLIES. Rule 8(h) of the Rules of Civil Procedure defines a "Complex Case" as civil actions that require continuous judicial management. A typical case involves a large number of witnesses, a substantial amount of documentary evidence, and a large number of separately represented parties.
(Mark appropriate box on page two as to complexity, In addition to the Nature of Action case category.)

☐ THIS CASE IS ELIGIBLE FOR THE COMMERCIAL COURT UNDER EXPERIMENTAL RULE 8.1. (Maricopa County only.) Rule 8.1 defines a commercial case and establishes eligibility criteria for the commercial court. Generally, a commercial case primarily involves issues arising from a business contract or business transaction. However, consumer transactions are not eligible. A consumer transaction is one that is primarily for personal, family or household purposes. Please review Rule 8.1 for a complete list of the criteria. See http://www.superiorcourt.maricopa.gov/commercial-court/. You must check this box if this is an eligible commercial case. In addition, mark the appropriate box below in the "Nature of Action" case category. The words "commercial court assignment requested" must appear in the caption of the original complaint.

## NATURE OF ACTION

(Place an "X" next to the <u>one</u> case category that most accurately describes your primary case.)

**100 TORT MOTOR VEHICLE:**
☐ 101 Non-Death/Personal Injury
☐ 102 Property Damage
☐ 103 Wrongful Death

**110 TORT NON-MOTOR VEHICLE:**
☐ 111 Negligence
☐ 112 Product Liability – Asbestos
☐ 112 Product Liability – Tobacco
☐ 112 Product Liability – Toxic/Other
☐ 113 Intentional Tort

☐ 114 Property Damage
☐ 115 Legal Malpractice
☐ 115 Malpractice – Other professional
☐ 117 Premises Liability
☐ 118 Slander/Libel/Defamation
☐ 116 Other (Specify) _____

**120 MEDICAL MALPRACTICE:**
☐ 121 Physician M.D.   ☐ 123 Hospital
☐ 122 Physician D.O   ☐ 124 Other

Case No._____

## 130 CONTRACTS:

- ☐ 131 Account (Open or Stated)
- ☐ 132 Promissory Note
- ☐ 133 Foreclosure
- ☐ 138 Buyer-Plaintiff
- ☐ 139 Fraud
- ☐ 134 Other Contract (i.e. Breach of Contract)
- ☐ 135 Excess Proceeds-Sale
- ☐ Construction Defects (Residential/Commercial)
  - ☐ 136 Six to Nineteen Structures
  - ☐ 137 Twenty or More Structures

## 150-199 OTHER CIVIL CASE TYPES:

- ☐ 156 Eminent Domain/Condemnation
- ☐ 151 Eviction Actions (Forcible and Special Detainers)
- ☐ 152 Change of Name
- ☐ 153 Transcript of Judgment
- ☐ 154 Foreign Judgment
- ☐ 158 Quiet Title
- ☐ 160 Forfeiture
- ☐ 175 Election Challenge
- ☐ 179 NCC-Employer Sanction Action (A.R.S. §23-212)
- ☐ 180 Injunction against Workplace Harassment
- ☐ 181 Injunction against Harassment
- ☐ 182 Civil Penalty
- ☐ 186 Water Rights (Not General Stream Adjudication)
- ☐ 187 Real Property
- ☐ Special Action against Lower Courts
  (See lower court appeal cover sheet in Maricopa)

- ☐ 194 Immigration Enforcement Challenge
  (§§1-501, 1-502, 11-1051)

## 150-199 UNCLASSIFIED CIVIL:

- ☐ Administrative Review
  (See lower court appeal cover sheet in Maricopa)
- ☐ 150 Tax Appeal
  (All other tax matters must be filed in the AZ Tax Court)
- ☐ 155 Declaratory Judgment
- ☐ 157 Habeas Corpus
- ☐ 184 Landlord Tenant Dispute- Other
- ☐ 190 Declaration of Factual Innocence (A.R.S. §12-771)
- ☐ 191 Declaration of Factual Improper Party Status
- ☐ 193 Vulnerable Adult (A.R.S. §46-451)
- ☐ 165 Tribal Judgment
- ☐ 167 Structured Settlement (A.R.S. §12-2901)
- ☐ 169 Attorney Conservatorships (State Bar)
- ☐ 170 Unauthorized Practice of Law (State Bar)
- ☐ 171 Out-of-State Deposition for Foreign Jurisdiction
- ☐ 172 Secure Attendance of Prisoner
- ☐ 173 Assurance of Discontinuance
- ☐ 174 In-State Deposition for Foreign Jurisdiction
- ☐ 176 Eminent Domain- Light Rail Only
- ☐ 177 Interpleader-- Automobile Only
- ☐ 178 Delayed Birth Certificate (A.R.S. §36-333.03)
- ☐ 183 Employment Dispute- Discrimination
- ☒ 185 Employment Dispute-Other
- ☐ 195(a) Amendment of Marriage License
- ☐ 195(b) Amendment of Birth Certificate
- ☐ 163 Other _____
  (Specify)

## COMPLEXITY OF THE CASE

If you marked the box on page one indicating that Complex Litigation applies, place an "X" in the box of no less than one of the following:

- ☐ Antitrust/Trade Regulation
- ☐ Construction Defect with many parties or structures
- ☐ Mass Tort
- ☐ Securities Litigation with many parties
- ☐ Environmental Toxic Tort with many parties
- ☐ Class Action Claims
- ☐ Insurance Coverage Claims arising from the above-listed case types
- ☐ A Complex Case as defined by Rule 8(h) ARCP

**Additional Plaintiff(s)**

_____

_____

**Additional Defendant(s)**

_____

_____

Person Filing: Curtis "Wayne" Pritchett
Address (if not protected): 8641 S. Avenue D
City, State, Zip Code: Yuma, Az 85364
Telephone: 928-817-7945
Email Address: curt.prit@gmail.com
Lawyer's Bar Number: ___

Representing ☒ Self, without a Lawyer  or  ☐ Attorney for  ☐ Petitioner  OR  ☐ Respondent

FILED
2017 NOV -1 PM 4:11
LYNN FAZZ
CLERK OF SUPERIOR COURT
YUMA ARIZONA 85364

# SUPERIOR COURT OF ARIZONA
## IN YUMA COUNTY

Name of Plaintiff: Curtis "Wayne" Pritchett

Case Number: S1400CV201700822

Name of Defendant: S3/Global Logistics Support SV

Title: **CIVIL COMPLAINT**

Plaintiff hereby submits this complaint against Defendant(s) and alleges the following:

## JURISDICTION and VENUE

1. Yuma County Superior Court has the legal authority to hear and decide this case because: *(Check all boxes that are true.)*

   ☒ The value of this case exceeds $10,000 dollars.
   ☐ Replevin or other nonmonetary remedy will take place in Yuma County.
   ☒ The Plaintiff resides in Yuma County.
   ☐ The Defendant resides in Yuma County.
   ☒ The Defendant does business in Yuma County.
   ☐ The events, actions, or debts subject of this Complaint occurred in Yuma County.
   ☐ Other reason: ___

## PARTIES

2. The Plaintiff in this case is Curtis "Wayne" Pritchett
8641 S Ave D Yuma, AZ 85364

3. The Defendant in this case is S3/Global Logistics Support SV
615 Discovery Dr Huntsville, AL 35806

## STATEMENT OF FACTS AND BREACH

4. I was wrongfully terminated on Nov. 1, 2016, in retaliation for filing Workman's Comp Claim
5. for injury that occur Aug. 18, 2016 (exhibit 1) + Exhibit (2).
6. Breach of contract; As a union member procedures and protocols were not
7. followed in accordance with CBA Contract in reference to my injury
8. and termination (exhibit 3)

9. _____

(If you need more space, add an attachment labeled "Statement of Facts and Breach," and continue consecutive numbering.)

## APPLICABLE LAW SUPPORTING CLAIMS

( ) A.R.S. 23-1501 A(3)@ severability of employment relationship protection from
( ) relationships
A.R.S. 23-1501 A(c)(iii)

( ) _____

( ) _____

( ) _____

( ) _____

(If you need more space, add an attachment labeled "Applicable Laws Supporting Claims," and continue consecutive numbering.)

## INJURIES

( ) Personal injury; stress and anxiety.

( ) Financial hardship; delay from Workman's Comp payment as well

( ) as my last paycheck has set me back financially with

( ) late and disconnection fees.

( ) _____

(If you need more space, add an attachment labeled "Injuries," and continue consecutive numbering.)

## DEMAND FOR RELIEF

**WHEREFORE,** Plaintiff demands judgment against defendant(s), and each of them (if applicable) for the following dollars, interest, costs and expenses incurred herein, or non-monetary remedy, including reasonable attorneys' fees, and for such other and further relief as the Court may deem just and proper.

© Superior Court of Arizona in Yuma County
ALL RIGHTS RESERVED

( ) future earning for 10 years $600,000.00 and all legal fees

( )

( )

( )

(If you need more space, add an attachment labeled "Demand for Relief," and continue consecutive numbering.)

## DEMAND FOR JURY TRIAL (Optional)

☐ I request a jury trial, and wrote this in the "Title" below the words "Civil Complaint."

Dated this  Nov 1, 2017
(Date of signature)

_____
(Signature of Plaintiff or Plaintiff's Attorney)

© Superior Court of Arizona in Yuma County
ALL RIGHTS RESERVED