THIS DOCUMENT IS **NOT** IN PROPER FORM ACCORDING
TO FEDERAL AND/OR LOCAL RULES AND PRACTICES
AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE __LRCiv P 5.t__
(Rule Number/Section)

January 17, 2018

✓ FILED ___ LODGED
___ RECEIVED ___ COPY

JAN 2 2 2018

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

From:  Curtis "Wayne" Pritchett
       8641 S Avenue D
       Yuma, AZ 85364

To:    United States District Court
       401 W Washington St. Suite 130 SPC 1
       Phoenix, AZ 85003

RE: NO. CV-17-04442-PHX-GMS

I Respectfully Apologize to the Court for the delay in submitting my Responsive Memorandum, due to lack of Knowledge of where to file. I went to my local courthouse, Yuma County Clerk and they inform me that they weren't able to accept my Responsive Memorandum. With the assistance of Librarian at the Law Library, I contacted your Court Clerk (Howie ? Spelling of name) and he inform me that I was able to mail my Response along with this letter explaining the circumstances.
Due to my lack of Knowledge of Legal Rules and Procedures, I am in the process of obtaining an Attorney to represent me.

Sincerely,

Curtis "Wayne" Pritchett

*[signature]*