Gordon Lewis, Bar #015162
David C. Potts, Bar #030550
JONES, SKELTON & HOCHULI, P.L.C.
40 North Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-1700
Fax: (602) 200-7829
glewis@jshfirm.com
dpotts@jshfirm.com

Attorneys for Defendants Global Logistics Support Services, Inc.

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Curtis "Wayne" Pritchett,<br><br>               Plaintiff,<br><br>       v.<br><br>SS/Global Logistics Support SV,<br><br>               Defendants. | NO. CV-17-04442-PHX-GMS<br><br>**Defendant Global Logistics Support Services, Inc.'s Motion for Leave to File Motion for Summary Judgment** |

Defendant Global Logistics Support Services, Inc. ("Global Logistics"), by and through counsel undersigned, hereby moves for leave to file its motion for summary judgment in this matter.

Though discovery is still ongoing in this matter, Global Logistics has taken Plaintiff's deposition. Based on this deposition and the other completed discovery, Global Logistics believes it has a basis for summary judgment on Plaintiff's only remaining claim for worker's compensation retaliation.

The Case Management Order (Docket No. 30) provides:

> The Court will hold a conference with the parties before motions for summary judgment are filed. The purpose of the conference will be to narrow issues and focus the briefing, and perhaps dispense with statements of fact under Local Rule 56.1. The parties shall exchange two-page letters describing any anticipated motions for summary judgment and responses, identifying the issues and claims on which summary judgment will be sought and the basis for the motions and response. The parties shall file these letters with the Court on or before

6998908.1

January 4, 2019, and shall call the Court the same day to schedule a time for a pre-motion conference.

On August 2, 2018, counsel for Global Logistics sent Plaintiff Curtis Pritchett explaining Global Logistics' anticipated motion for summary judgment, the issues and claims on which summary judgment will be sought, and the basis for the motion. Counsel also offered Plaintiff the opportunity to voluntarily dismiss this litigation. Plaintiff declined this offer and insisted his termination was wrongful. A copy of this e-mail exchange is attached as **Exhibit A** to this motion.

Given this, Global Logistics has satisfied the requirements of the Court's order and attempted to avoid the need for a motion for summary judgment. As a result, Global Logistics requests that it be permitted leave to file its motion for summary judgment prior to the pre-trial conference contemplated by the Court's Case Management Order to allow the issue (and therefore the case) to be decided speedily and inexpensively.

DATED this 30th day of August 2018.

JONES, SKELTON & HOCHULI, P.L.C.


By /s/ David C. Potts
    Gordon Lewis
    David C. Potts
    40 North Central Avenue, Suite 2700
    Phoenix, Arizona  85004
    Attorneys for Defendants Global Logistics Support Services, Inc.

6998908.1

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of August 2018, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document to the following non-CM/ECF participants:

Curtis "Wayne" Pritchett
8641 S Avenue D
Yuma, Arizona  85364
Pro Per

/s/ S. Coffey

6998908.1                                   3