# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Curtis Wayne Pritchett, | No. CV-17-04442-PHX-SMM |
| Plaintiff, | **ORDER** |
| v. | |
| Global Logistics Support SVC, | |
| Defendant. | |

Before the Court is Plaintiff Curtis Wayne Pritchett's Motion for Extension to Respond to Motion for Summary Judgment (Doc. 42). Plaintiff asks for an extension of 60 to 90 days to respond to Defendant Global Logistics Support SVC's motion for summary judgment. Plaintiff does not explain why he needs the extension of time.

Plaintiff's response to the motion for summary was originally due on January 2, 2019. Plaintiff neither responded nor filed a motion for extension of time. Because Plaintiff is proceeding pro se, the Court ordered Plaintiff to respond by 5:00 p.m. on January 21, 2019. (Doc. 41.) On January 18, Plaintiff filed the instant motion to extend time. (Doc. 42.)

This is a consistent pattern with Plaintiff. Defendant filed a partial motion to dismiss on December 8, 2017. (Doc. 9.) Plaintiff did not respond and, on January 3, 2018, the Court ordered Plaintiff to file a response by January 17, 2018. (Doc. 12.) On January 22, 2018, Plaintiff mailed the Court a letter explaining the reason for his failure to respond and filed a motion for extension of time to respond. (Docs. 16, 17.) The Court granted the motion to extend time, giving Plaintiff until February 21, 2018, to respond. (Doc. 19.) Plaintiff once

1  again did not respond, and the Court granted the partial motion to dismiss. (Docs. 21, 22.)
2  The Court also set a case management conference for March 30, 2018. (Doc. 22.) Plaintiff
3  did not appear at the conference. (Doc. 29.)

4        Considering Plaintiff's consistent failure to meet deadlines and comply with this
5  Court's orders, as well as Plaintiff's failure to show good cause for any extension of the
6  response deadline, the Court will deny Plaintiff's motion for an extension in part. Although
7  Plaintiff is proceeding pro se, the Court has provided him with numerous extensions of
8  time to respond. The Court will grant Plaintiff a short extension of time, to allow Plaintiff
9  to file a response, but no further extensions of time will be granted.

10       Accordingly,

11       **IT IS HEREBY ORDERED** denying **in part** Plaintiff's Motion for Extension to
12 Respond to Motion for Summary Judgment (Doc. 42).

13       **IT IS FURTHER ORDERED** that Plaintiff shall file a response to Defendant's
14 motion for summary judgment by **5:00 p.m. on February 15, 2019**.

15       **Dated** this 24th day of January, 2019.

_____
Honorable Stephen M. McNamee
Senior United States District Judge